# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Leobardo Pedroza** DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00210MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 2, 2020, in the District of Arizona, **Leobardo Pedroza**, knowing or in reckless disregard that certain aliens, namely Cipriano Garcia-Gerbacio, Isaac Gonzalez-Merino, and Job Basurto-Ramos, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about March 2, 2020, in the District of Arizona, **Leobardo Pedroza**, knowing that certain illegal aliens, Cipriano Garcia-Gerbacio, Isaac Gonzalez-Merino, and Job Basurto-Ramos, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Cipriano Garcia-Gerbacio, Isaac Gonzalez-Merino, and Job Basurto-Ramos so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Leobardo Pedroza** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 2, 2020, in the District of Arizona (Whetstone), United States Border Patrol Agents (BPA) encountered a 2016 Mazda CX5 at the HWY-90 checkpoint. The driver was identified as **Leobardo Pedroza**. The BPA questioned **Pedroza** as to his citizenship, he said "we are all U.S. Citizens." The BPA questioned the passengers as to their citizenship and **Pedroza** said, "I told you that we are U.S. Citizens." The BPA determined that the three passengers were in the U.S. illegally.

Material witnesses Cipriano Garcia-Gerbacio, Isaac Gonzalez-Merino, and Job Basurto-Ramos said they had arranged to be smuggled into the United States for money. All three said they crossed the border illegally and were guided into an abandoned shed where they spent the night. They received a phone call notifying them that a load vehicle would be picking them up. A grey car arrived and they all got inside. Basurto said the driver asked if they were hungry and thirsty and stopped to buy them something to drink. Basurto said the driver receive a call letting him know the checkpoint was closed. Garcia said the driver asked him to comb his hair to avoid attracting attention. Gonzalez said the driver told him to keep his head down and made him shave and change his shirt to a clean shirt that the driver provided.

In a post-*Miranda* statement, **Pedroza** claimed that he is starting a construction business in Phoenix and that he went to pick up workers in Sierra Vista. He said that he does not have any job contracts yet and that the three men would stay with him and his family.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Cipriano Garcia-Gerbacio, Isaac Gonzalez-Merino, and Job Basurto-Ramos

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 3, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54